JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COWAN, an Individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NEW WERNER CO.; LOWE'S HOME CENTERS, LLC; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: CV 16-4378-DMG (AFMx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [17]** |

　　The Court has read and considered the parties' "JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE" ("Joint Stipulation").

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:**

(1)　This Court shall retain jurisdiction over any future action to enforce the terms of the settlement;

(2)　This complaint is dismissed in its entirety with prejudice;

(3)　The parties shall bear their own costs and attorney's fees; and

(4)　All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: June 6, 2017

　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE